# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-00455-REB–MJW

TERESA HERNANDEZ,

    Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,
MORRISON MANAGEMENT SPECIALISTS, INC., d/b/a Morrison Healthcare Food Services, and
MARC LILLIS,

    Defendants.

## ORDER DISMISSING DEFENDANT MARC LILLIS, ONLY

**Blackburn, J.**

    The matter before me is plaintiff's **Motion To Dismiss Claims Against Marc Lillis** [#5] filed April 9, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and plaintiff's claims against defendant, Marc Lillis, should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Dismiss Claims Against Marc Lillis** [#5] filed April 9, 2010, is **GRANTED**;

    2. That plaintiff's claims against defendant, Marc Lillis, are **DISMISSED**; and

3. That defendant, Marc Lillis, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated April 9, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge