IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00455-REB-MJW

TERESA HERNANDEZ,

Plaintiff(s),

v.

VALLEY VIEW HOSPITAL ASSOCIATION, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to File Amended Pleading (docket no. 20) is DENIED WITHOUT PREJUDICE. Plaintiff has failed to comply with D.C.COLO.LCivR 7.1 A. Nothing in this motion shows that Plaintiff has conferred with Defendant before filing this motion.

Date: June 17, 2010