IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00455-REB-MJW

TERESA HERNANDEZ,

Plaintiff(s),

v.

VALLEY VIEW HOSPITAL ASSOCIATION, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Reschedule Settlement Conference, DN 25, filed with the Court on July 20, 2010, is GRANTED. The Settlement Conference set on August 2, 2010 @ 1:30 p.m., is VACATED and RESET on October 26, 2010, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Confidential Settlement Statements shall be submitted on or before October 20, 2010. Counsel are reminded that persons with settlement authority shall appear in person for the settlement conference.

Date: July 21, 2010