IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 10-CV-00455-REB-MJW

TERESA HERNANDEZ,

      Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,
AND MORRISON MANAGEMENT SPECIALISTS, INC.,
d/b/a MORRISON HEALTHCARE FOOD SERVICES,

      Defendants.

---

**ORDER GRANTING DEFENDANT MORRISON MANAGEMENT SPECIALISTS, INC.'S UNOPPOSED MOTION FOR LEAVE TO PERMIT COMPANY REPRESENTATIVE TO APPEAR AT SETTLEMENT CONFERENCE TELEPHONICALLY** ( DN 42 )

---

**THIS MATTER** having come before the Court on Defendant Morrison Management Specialist, Inc.'s Unopposed Motion for Leave to Permit Client Representative to Appear at Settlement Conference Telephonically, and the Court having determined the Motion to be well-taken,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the representative for Morrison shall be available *via* telephone for the settlement conference set for October 26, 2010 at 1:30 p.m.

Dated this 21st day of October, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO