IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00455-REB-MJW

TERESA HERNANDEZ,

Plaintiff(s),

v.

VALLEY VIEW HOSPITAL ASSOCIATION, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 51) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to January 19, 2011.  The deadline to raise Fed. R. Civ. Evid 702 issues is extended to January 21, 2011.  The deadline to file dispositive motions is extended to February 11, 2011.

Date:  November 16, 2010