**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**June 26, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

TERESA HERNANDEZ,

    Plaintiff - Appellant,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,

    Defendant - Appellee,

and

MORRISON MANAGEMENT SPECIALISTS, INC., d/b/a Morrison Healthcare Food Services,

    Defendant.

No. 11-1244

---

**JUDGMENT**

---

Before **KELLY**, **MURPHY**, and **MATHESON**, Circuit Judges.

---

This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

The judgment of that court is affirmed in part and remanded in part. The case is remanded to the United States District Court for the District of Colorado for further

proceedings in accordance with the opinion of this court.

                Entered for the Court

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk