**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00455-REB–MJW

TERESA HERNANDEZ,

    Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION, and
MORRISON MANAGEMENT SPECIALISTS, INC., d/b/a Morrison Healthcare Food Services,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE AND SETTING
TELEPHONIC TRIAL SETTING CONFERENCE**

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Defendant Valley View's Motion for Partial Summary Judgment (Docket No. 174)** [#178],[1] filed January 28, 2013. I approve and adopt the unopposed recommendation.

No objection has been filed. Thus, I review the recommendation for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#178]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Defendant Valley View's Motion for Partial Summary Judgment (Docket No. 174)** [#178],[2] filed January 28, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Defendant Valley View's Motion for Partial Summary Judgment/Brief Regarding Constructive Discharge Issue Pursuant to August 30, 2012 Minute Order (Doc #169]** [#174], filed October 2, 2012, is **DENIED**; and

3. That the court shall conduct a telephonic trial setting conference on **Tuesday, March 5, 2013**, at 10:00 a.m., provided, further

    a. that counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

    b. that representatives (who possess calendaring authority) for all parties shall be on the line prior to contacting the court's Judicial Assistant, Ms. Susan Schmitz, at (303) 335-2350.

Dated February 22, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] "[#178]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.