**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00455-REB-MJW

TERESA HERNANDEZ,

     Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION, and
MORRISON MANAGEMENT SPECIALISTS,

     Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

     The attached **Juror Questionnaire** is approved for use in the trial of this case.

     **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

     Dated January 14, 2014, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge