**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00455-REB-MJW

TERESA HERNANDEZ,

      Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,

      Defendant.

---

**AMENDED
ORDER APPROVING JUROR QUESTIONNAIRE[1]**

---

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated January 15, 2014, at Denver, Colorado.

                                                                      **BY THE COURT:**

                                                                       */s/ Robert E. Blackburn*
                                                                       Robert E. Blackburn
                                                                       United States District Judge

---

[1] This amended order is entered in recognition that quondam defendant, Morrison Management Specialists, Inc., d/b/a Morrison Healthcare Food Services, is no longer a party to this action.