**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00455-REB–MJW

TERESA HERNANDEZ,

    Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on the **Joint Motion For Leave For Plaintiff to Amend Motion For Back Pay and Front Pay and For Enlargement of Time For Defendant to Respond to Plaintiff's Amended Motion** [#264][2] filed March 25, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion For Leave For Plaintiff to Amend Motion For Back Pay and Front Pay and For Enlargement of Time For Defendant to Respond to Plaintiff's Amended Motion** [#264] filed March 25, 2014, is **GRANTED**;

    2. That plaintiff shall have until **March 28, 2014**, in which to file an amended motion for back pay and front pay; and

    3. That defendant shall have until **April 18, 2014**, in which to file a response to the amended motion for back pay and front pay.

    Dated: March 25, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#264]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.