**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00455-REB–MJW

TERESA HERNANDEZ,

    Plaintiff,

v.

VALLEY VIEW HOSPITAL ASSOCIATION,

    Defendant.

# ORDER

**Blackburn, J.**

This matter is before me on the parties' **Stipulated Motion To Dismiss All Claims Against Defendant Valley View Hospital Association With Prejudice** [#297],[1] filed February 3, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to bear their own attorney fees and costs.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion To Dismiss All Claims Against Defendant Valley View Hospital Association With Prejudice** [#297], filed February 3,

---

[1] "[#297]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] The parties request that the court dismiss all claims asserted by plaintiff in this case "and any associated appeals." Of course, this court has no jurisdiction to dismiss a claim that has been appealed. Nevertheless, and although defendant did appeal the jury's verdict on liability, the Tenth Circuit dismissed that appeal for lack of jurisdiction. (*See Order* [#288], filed October 20, 2014.)

2015, is **APPROVED**;

    2.  That any pending motion, including, but not limited to, **Plaintiff Teresa Hernandez's Amended Motion for Back Pay and Front Pay** [#266], filed March 28, 2014, is **DENIED AS MOOT**; and

    3.  That all claims asserted by plaintiff, Teresa Hernandez, against defendant, Valley View Hospital Association, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 4, 2015, at Denver, Colorado.

                                                   **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge